**Order entered September 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00647-CV

**STACEY REED, Appellant**

**V.**

**STEPHEN REED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51554-2013**

## ORDER

We **GRANT** appellant's September 23, 2015 third motion to extend time to file appellate record and **ORDER** the record be filed no later than October 23, 2015. We again caution appellant that no additional extensions will be granted absent exigent circumstances. We further caution that failure to file the reporter's record may result in the appeal being submitted without the reporter's record and failure to file the clerk's record may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b),(c), 42.3(b),(c).

/s/     CRAIG STODDART
JUSTICE